**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| NARESH KUMAR, ) | BK No. 03-04042-CW3-7 |
| ) | |
| Debtor(s). ) | |

**TRUSTEE'S REPORT OF UNCLAIMED FUNDS**

Susan R. Limor, Trustee of this bankruptcy estate, reports the following:

1. Ninety days have passed since final distribution was made in this case pursuant to 11 U.S.C. §726. The Trustee has stopped payment on all checks remaining unpaid. The names of the individuals or entities to whom such unnegotiated distribution checks were issued, the amount of such checks, and the last-known address of the payees are:

| **Name and Address** | **Amount** | **Claim No.** |
|---|---|---|
| The Chase Manhattan Bank, as Trustee<br>c/o Miller & Martin<br>Attn: Craig Smith<br>832 Georgia Avenue #1200<br>Chattanooga, Tennessee 37402 | $64,279.76 | Claim No. 09 |

2. The Trustee's check in the amount of $64,279.76, payable to the Clerk of the U.S. Bankruptcy Court, is being submitted to the Court simultaneously with this Report.

Respectfully submitted,

*/s/ Susan R. Limor, Trustee*
Susan R. Limor, Trustee
8161 Highway 100, Suite 189
Nashville, Tennessee 37221
615-347-5869 – Telephone
trustee@limorlaw.com - Email

**CERTIFICATE OF SERVICE**

I hereby certify that I have forwarded a true and exact copy of the foregoing document to via CM/ECF Email Notice/Service to the U.S. Trustee; and via U.S. Mail to The Chase Manhattan Bank, as Trustee, c/o Miller & Martin, Attn: Craig Smith, 832 Georgia Avenue #1200, Chattanooga, Tennessee 37402 on this 29th day of October, 2018.

*/s/ Susan R. Limor*
Susan R. Limor